

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00076-CV

**IN THE INTEREST OF D.R.R.,** a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00694
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 19, 2017.

_____
Rebeca C. Martinez, Justice